**INGA L. PARSONS**
**CHRISTIAN URBANO\***
**(of Counsel)**
Attorneys at Law
3 Bessom St. No. 234
Marblehead, MA  01945

Admitted to MA* NY WY      Tel: 781-581-2262
Federal Courts     Fax: 888-406-9538
U.S. Supreme Court     Cell: 781-910-1523

Inga@IngaParsonsLaw.com     Christian@IngaParsonsLaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2020
```

By ECF

May 22, 2020

Hon. Valerie E. Caproni
United States District
Judge Southern District
of New York, New York



**MEMO ENDORSED**

Re:  **United States v. Velez (Christopher Nelson), 19 Cr. 862 (VEC)**

Dear Judge Caproni:

    Defendant's reply is due on this date.  Defense counsel broke a tooth and went in this morning for emergency oral surgery and was at the oral surgeons for four hours.  She is now on pain medication and respectfully requests that she be able to submit her reply on Tuesday May 25, 2020.  She will ensure that it is filed in the morning to provide sufficient time for the government's review before the Wednesday hearing at 3:00 p.m. on May 27, 2020.

        Respectfully,

        */s/ Inga L. Parsons*

        Inga L. Parsons

cc:  Adam S. Hobson, Esq.
     Elinor L. Tarlow, Esq.
     Assistant United States Attorneys

---

Defendant's reply is due by noon on **May 26, 2020**.

SO ORDERED.      Date: 05/22/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

New York Office: 1790 Broadway, Suite 710, New York, NY 10019 (58th Street by Columbus Circle)