```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA                  :
                                          :
     -against-                            :      19-CR-862 (VEC)
                                          :
CHRISTOPHER NELSON,                       :      ORDER
                                          :
                         Defendant.       :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on May 27, 2020, Mr. Christopher Nelson appeared for a video hearing on his motion for pretrial release; and

   WHEREAS Mr. Nelson seeks release due to COVID-19 and his asthma condition, as well as his inability to review discovery due to COVID-19-related restrictions at his facility;

   IT IS HEREBY ORDERED that Mr. Nelson's motion is denied for the reasons stated at the hearing. In short, Mr. Nelson has not rebutted the presumption of detention pursuant to 18 U.S.C. § 3142(e); nor has he made a compelling showing pursuant to 18 U.S.C. § 3142(i). While Mr. Nelson does have asthma, the record suggests that the condition is not serious, and, given that he is 28-years old, he is at a lower risk of complications relative to defendants that his Court has released due to COVID-19. Finally, the temporary delay in reviewing discovery is shared by almost all defendants, and in this case, no deadlines for motions, pleas, or trial have yet been set.

   The Clerk of Court is respectfully directed to terminate the pending motions at docket entries 138, 154, and 157.

**SO ORDERED.**

Date:  May 27, 2020                              _____
       New York, NY                              **VALERIE CAPRONI**
                                                 **United States District Judge**