UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA           :

          -against-                        :         19-CR-862 (VEC)

   CHRISTOPHER NELSON,               :         ORDER

                       Defendant.  :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/08/2020

VALERIE CAPRONI, United States District Judge:

       WHEREAS Ms. Inga Parsons, counsel for Mr. Christopher Nelson, has filed a letter indicating that her client seeks new counsel due to a breakdown in the attorney-client relationship; and

       WHEREAS Mr. Nelson is currently detained at Westchester County Jail;

       IT IS HEREBY ORDERED that a Skype videoconference is scheduled for **June 15, 2020, at 11:00 A.M.**  A link to appear by video will be emailed to counsel directly.  If defense counsel would like 15 minutes to confer with her client before the videoconference, counsel must email the Court with her preferred phone number, no later than **5:00 P.M. on June 9, 2020**.

       Counsel should adhere to the following rules and guidelines:

1. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise.  In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

2. To facilitate an orderly conference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak.  Counsel should spell any proper names for the court reporter.  Counsel should also take special care not to interrupt or speak over one another.

3. If there is a beep indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

Members of the public may attend the conference via an audio-only line by calling 1-917-933-2166, using the conference ID 513118125.

**SO ORDERED.**

**Date:  June 8, 2020**
     **New York, NY**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**