```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA            :
                                    :          19-CR-862 (VEC)
        -against-                   :
                                    :          ORDER
CHRISTOPHER NELSON,                 :
                                    :
                       Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 15, 2020, the Court relieved Ms. Inga Parsons from her representation of Mr. Christopher Nelson;

IT IS HEREBY ORDERED THAT Steven Brill from Sullivan & Brill, LLP is appointed to represent Mr. Christopher Nelson pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

**SO ORDERED.**

**Dated: June 18, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**