**MEMO ENDORSED**



110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: _09/06/2023_

September 6, 2023

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       Re: *USA v. Velez (Christopher Nelson)*
          Ind. # 19 Cr. 862 (VEC)

Dear Judge Caproni:

      I represent Christopher Nelson, who is scheduled for sentencing for September 21, 2023.  In accordance with Your Honor's rules, sentencing submissions are due tomorrow.  However, the final PSR will not be available until September 11, 2023.  On the consent of the government, I am respectfully requesting that you extend our submission date until September 12, 2023, in order to have the benefit of reviewing the final PSR.

      Thank you for your consideration.

Very Truly Yours,

SULLIVAN |BRILL, LLP

_____
By: Steven Brill

Application GRANTED.

SO ORDERED.

*[signature]*

09/06/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE