USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
  UNITED STATES OF AMERICA                                   :
                                                             :
           -against-                                         :     19-CR-862 (VEC)
                                                             :
  CHRISTOPHER NELSON,                                        :        ORDER
                                                             :
                                 Defendant.                  :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing hearing in this matter is currently scheduled for Thursday, September 21, 2023, at 11:00 A.M.; and

WHEREAS on September 18, 2023, defense counsel requested that the Court reschedule the sentencing hearing in this matter to Thursday, September 21, 2023, at 10:45 A.M.

IT IS HEREBY ORDERED that Mr. Nelson will be sentenced on **Thursday, September 21, 2023, at 10:45 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: September 18, 2023
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**