USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA           :
                                                    :
          -against-                          :           19-CR-862 (VEC)
                                                    :
CHRISTOPHER NELSON,              :           ORDER
                                                    :
                              Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on Friday, October 20, 2023, Probation reported that Mr. Nelson violated the conditions of his release.

IT IS HEREBY ORDERED that the parties must appear for a violation hearing on **Wednesday, November 15, 2023, at 2:15 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  October 23, 2023**                                              *[signature]*
**       New York, NY**                                                      **VALERIE CAPRONI**
                                                                                     **United States District Judge**