USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA          :

      -against-                           :          19-CR-862 (VEC)

  CHRISTOPHER NELSON,            :          <u>ORDER</u>

                    Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a violation hearing in this matter is scheduled for November 15, 2023; and

      WHEREAS Mr. Nelson is unavailable at this time.

      IT IS HEREBY ORDERED that the conference is ADJOURNED to **Thursday, December 7, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  November 14, 2023                        _____
       New York, NY                               **VALERIE CAPRONI**
                                                  **United States District Judge**