USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/03/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                     :
                                             :
    -against-                                :  19-CR-862 (VEC)
                                             :
CHRISTOPHER NELSON,                          :  ORDER
                                             :
                            Defendant.       :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 3, 2024, the parties appeared for a violation of supervised release hearing (the "Hearing");

WHEREAS at the Hearing, Christopher Nelson ("Defendant") was arraigned on the specification violations and did not admit to them;

IT IS HEREBY ORDERED that for the reasons stated at the Hearing, a status conference is scheduled for **Friday, February 2, 2024, at 2:00 P.M.** in Courtroom **443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: January 3, 2024**                                   _____
**New York, NY**                                            **VALERIE CAPRONI**
                                                            **United States District Judge**