USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/02/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
   UNITED STATES OF AMERICA                                  :
                                                             :
         -against-                                           :     19-CR-862 (VEC)
                                                             :
   CHRISTOPHER NELSON,                                       :     ORDER
                                                             :
                                Defendant.                   :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear before the Court on Friday, February 2, 2024, at 2:00 P.M., *see* Order, Dkt. 1129; and

WHEREAS in the morning of February 2, 2024, the Court was notified that Mr. Nelson refused to come to Court because he did not believe that he was required to appear for a conference that day;

IT IS HEREBY ORDERED that the conference scheduled for Friday, February 2, 2024, at 2:00 P.M. is ADJOURNED until **Monday, February 5, 2024, at 2:30 P.M.**

IT IS FURTHER ORDERED that Mr. Nelson is hereby notified that if he refuses to attend the proceeding on Monday, February 5, 2024, the Court will enter a force order to compel his attendance.

**SO ORDERED.**

Date: **February 2, 2024**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**