USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA         :
                                              :
       -against-                        :           19-CR-862 (VEC)
                                              :
   CHRISTOPHER NELSON,              :             ORDER
                                              :
                         Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 5, 2024, the parties appeared for a status conference (the "Conference");

IT IS HEREBY ORDERED that for the reasons stated at the Conference, an evidentiary hearing will take place on **Friday, March 15, 2024, at 10:30 A.M.** in Courtroom **443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  If the Court is available to conduct the evidentiary hearing on Monday, March 11, 2024, instead, it will notify the parties and inquire as to their updated availability.

IT IS FURTHER ORDERED that not later than **Monday, February 26, 2024**, the Government must produce exhibits, an exhibit list, and a witness list to the Defendant and the Court (the Court's copies should be provided electronically); and

IT IS FURTHER ORDERED that the Government must provide 3500 material to Defendant and the Court not later than **Monday, March 4, 2024** (the Court's copy should be provided electronically).

**SO ORDERED.**

                                                            _____

**Date: February 5, 2024**                                      **VALERIE CAPRONI**
       New York, NY                                          **United States District Judge**