USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :
       -against-                    :         19-CR-862 (VEC)
                                    :
CHRISTOPHER NELSON,                 :         ORDER
                                    :
                        Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS an evidentiary hearing in this matter is currently scheduled for March 15, 2024.

IT IS HEREBY ORDERED that the hearing will take place on **Monday, March 11, 2024, at 2:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: February 17, 2024
New York, NY

**VALERIE CAPRONI**
**United States District Judge**