```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :       19-CR-862 (VEC)
                                    :
CHRISTOPHER NELSON,                 :       ORDER
                                    :
                        Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 14, 2024, the Government requested that the Court order the Probation Office to provide both parties with access to the Probation Office's case file for this matter, Dkt. 1145;

WHEREAS on February 14, 2024, the Court ordered Mr. Nelson to file any opposition to the Government's request by Friday, February 16, 2024, Dkt. 1146; and

WHEREAS no opposition has been filed as of the date of this Order.

IT IS HEREBY ORDERED that Probation must provide both parties with access to its case files for this matter.

**SO ORDERED.**

Date: **February 20, 2024**
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**