USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                    :
                                            :
      -against-                             :        19-CR-862 (VEC)
                                            :
CHRISTOPHER NELSON,                         :        ORDER
                                            :
                        Defendant.          :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS an evidentiary hearing in this matter is currently scheduled for March 11, 2024, at 2:00 P.M.; and

WHEREAS that time is no longer convenient for the Court.

IT IS HEREBY ORDERED that the hearing will take place on **Monday, March 11, 2024, at 9:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: **February 26, 2024**
      **New York, NY**

                                                   _____
                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**