**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2024

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

March 6, 2024

03/06/2024

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *USA v. Velez (Christopher Nelson)* (*VOSR*)
Ind. # 19 Cr. 862 (VEC)

Dear Judge Caproni:

In light of Your Honor's denial of our request for an adjournment of our upcoming VOSR hearing, I have spoken briefly to Mr. Nelson about his options moving forward. Given the importance of Mr. Nelson's decision, Mr. Nelson respectfully requests additional time to speak to me. Your Honor stated the possibility of up to a week to have this consultation so I would respectfully avail ourselves of that extension of time.

I must note that I am scheduled to begin jury selection on a civil matter in Riverhead on Wednesday, March 13 but will make all efforts to be available for the next court date Your Honor schedules. I should know more about the scheduling in that matter on the 13th.

Thank you again for your consideration.

Very Truly Yours,

SULLIVAN |BRILL, LLP

*/s/ Steven Brill*

_____
By: Steven Brill

---

The hearing in this matter is ADJOURNED to **Friday, March 15, 2024, at 1:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*/s/ Valerie Caproni*  03/06/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE