USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  03/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
      UNITED STATES OF AMERICA                :
                                              :
               -against-                      :          19-CR-862 (VEC)
                                              :
      CHRISTOPHER NELSON,                      :              ORDER
                                              :
                           Defendant.         :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 13, 2024, the parties requested that the Court schedule a change of plea hearing in this matter.

      IT IS HEREBY ORDERED that a hearing in this matter is scheduled for **Thursday, March 14, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  **March 13, 2024**
      **New York, NY**

                                    **VALERIE CAPRONI**
                                    **United States District Judge**