USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA           :
                                   :
        -against-                  :     19-CR-862 (VEC)
                                   :
CHRISTOPHER NELSON,                :     ORDER
                                   :
                    Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 13, 2024, the parties appeared for a hearing before the Court;

WHEREAS at the March 13, 2024, hearing, Mr. Nelson admitted to Specification Two of the Violation of Supervised Release Report; and

WHEREAS the Court accepted Mr. Nelson's admission.

IT IS HEREBY ORDERED that a sentencing hearing in this matter is scheduled for **Wednesday, April 24, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' sentencing submissions are due on **April 15, 2024**.

IT IS FURTHER ORDERED that the evidentiary hearing scheduled for March 15, 2024, is CANCELED.

**SO ORDERED.**

Date:  March 14, 2024
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**