**MEMO ENDORSED**



SULLIVAN | BRILL
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

April 12, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/12/2024

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *USA v. Velez (Christopher Nelson)* (*VOSR*)
Ind. # 19 Cr. 862 (VEC)

Dear Judge Caproni:

I represent Christopher Nelson, who has a pending VOSR before Your Honor. Mr. Nelson has pled guilty to specifications in his pending VOSR report and is scheduled for sentencing on April 24, 2024. To effectively prepare for sentencing, I would respectfully request a short adjournment until May 8 or 9 in the afternoon, if suitable for the Court. The government has no objection.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN |BRILL, LLP

_____
By: Steven Brill

Application GRANTED. The sentencing hearing in this matter is ADJOURNED to **Wednesday, May 8, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' sentencing submissions are due **April 29, 2024**.

SO ORDERED.

*[signature]* 04/12/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE