

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

**MEMO ENDORSED**

April 30, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/30/2024
```

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *USA v. Velez (Christopher Nelson)* (*VOSR*)
Ind. # 19 Cr. 862 (VEC)

Dear Judge Caproni:

    I am respectfully seeking an extension of time to file my sentencing letter on behalf of Mr. Nelson in connection with his pending VOSR. I request I be permitted to file that letter today.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN |BRILL, LLP

_____
By: Steven Brill

Application GRANTED. The deadline for Mr. Nelson's pre-sentencing submissions is extended *nunc pro tunc* to **April 30, 2024**.

SO ORDERED.

[signature] 04/30/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE