USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/07/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA :
:
-against- : 19-CR-862 (VEC)
:
CHRISTOPHER NELSON, : ORDER
:
                        Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the sentencing hearing in this matter is ADJOURNED to **Friday, May 10, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:** May 7, 2024
      New York, NY

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**