```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA      :
                                         :
      -against-                       :      19-CR-862 (VEC)
                                         :
   CHRISTOPHER NELSON,           :      <u>ORDER</u>
                                         :
                  Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties were scheduled to appear before the Court on Friday, May 10, 2024, for a sentencing hearing in this matter; and

      WHEREAS in the morning of May 10, 2024, the Court was notified that Mr. Nelson refused to come to Court because he was sick.

      IT IS HEREBY ORDERED that the sentencing hearing in this matter will be held on **Wednesday, May 15, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

      IT IS FURTHER ORDERED that Mr. Nelson is hereby notified that if he refuses to attend any future proceedings in this matter without a documented excuse, the Court will enter a force order to compel his attendance.

**SO ORDERED.**

**Date: May 10, 2024**
       **New York, NY**

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**